IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:93CR216-MU[1]

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>VINCENT BEST,<br>    Defendant. | ORDER |

THIS MATTER comes before the Court on the defendant's document captioned as a "Petition [F]or [R]eduction [O]f [S]entence. 18 USC 3582" (document # 79), filed January 9, 2004; on his "Petition [F]or [L]eave [T]o [S]upplement . . . ," filed June 10, 2004 (documents ## 80 and 81); and on his "Petition [T]o Amend . . . ," filed July 5, 2005 (document # 83).

After conducting a preliminary review of the defendant's record along with the subject documents, the Court has determined that the defendant likely is entitled to some relief on his Petition. Accordingly, the government will be directed to respond to the subject Petition as hereafter directed.

NOW, THEREFORE, IT IS HEREBY ORDERED:

---

[1] Although the Honorable Robert D. Potter presided over all of the petitioner's prior proceedings in this case, he has since retired from the Court. Consequently, this case will be handled by the Honorable Graham C. Mullen, to whom this matter now has been reassigned.

1. That within thirty (30) days of the date of this Order, the government shall file a response to the defendant's Petition (along with its proposed amendment and supplement); and

2. That the Clerk shall send copies of this Order to the defendant and to the government.

SO ORDERED this 16th day of November, 2005.

*signature*

GRAHAM C. MULLEN
CHIEF UNITED STATES DISTRICT JUDGE