FILED
CHARLOTTE, NC

FEB 24 2016

US District Court
Western District of NC

Probation Form No. 35 (1/92)

Report and Order Terminating Probation / Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
Western District of North Carolina

UNITED STATES OF AMERICA

vs.                                                    Crim. No. 0419 3:93CR00216

Vincent Best

On 9/13/2013, the above named was placed on Supervised Release for a period of five years. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Vincent Best be discharged from supervision.

Respectfully submitted,

by s/ Artie R. Swinton
Artie R. Swinton
United States Probation Officer
200 South College Street
Charlotte, NC 28202
704-350-7607

Approved By:
s/ Glynis L. Eaton
Glynis L. Eaton
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from Supervised Release and that the proceedings in the case be terminated.

Date: February 23, 2016

Graham C. Mullen